# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD MARTINEZ, an individual, doing business as "ALPHA 1 CONSTRUCTION,"<br><br>Defendant. | CASE NO.: CV14-02348 BRO (Ex)<br><br>ASSIGNED TO THE HONORABLE JUDGE BEVERLY REID O'CONNELL<br><br>**JUDGMENT** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Plaintiffs' filed a motion for default judgment on May 30, 2014. After full
2  consideration of the evidence, and the authorities submitted by counsel, and for good
3  cause shown:

4  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiffs
5  Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers
6  Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday
7  Savings Trust and Trustees of the Operating Engineers Training Trust shall recover from
8  defendant Donald Martinez, an individual doing business as "Alpha 1 Construction," the
9  principal amount of $56,173.26, plus attorneys' fees of $6,583.00, costs of $676.87, and
10 post-judgment interest as provided by law from the date of entry of the judgment herein.

**IT IS SO ORDERED.**

Dated: July 17, 2014

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE