**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Marija Kristich Decker, State Bar No. 207387
   Email: *Decker@luch.com*
200 South Los Robles Avenue, Suite 500
Pasadena, California 91101-2432
Telephone: (626) 449-1882
Facsimile: (626) 449-1958

Counsel for Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>            Plaintiffs,<br><br>    v.<br><br>DONALD MARTINEZ, an individual, doing business as "ALPHA 1 CONSTRUCTION,"<br><br>            Defendants. | CASE NO: 2:14-cv-02348-BRO-E<br><br>**RENEWAL OF JUDGMENT BY CLERK**<br><br>[Cal. Code Civ. Proc. §§ 683.110-683.220; Fed. R. Civ. Proc. Rule 69]<br><br>[NO HEARING REQUIRED] |

Judgment was entered on July 18, 2014, in the amount of $63,433.13, plus post-judgment interest as provided by law, in favor of Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training Trust (collectively, "Trustees"), and against Defendant, Donald Martinez, an individual doing business as "Alpha 1 Construction" ("Donald Martinez").

An Abstract of Judgment have been recorded as follows:

| County | Document # | Date |
|---|---|---|
| Los Angeles | 20140878223 | 08/21/2014 |

**NOW**, upon application for renewal of judgment by Trustees, and upon declaration showing that Donald Martinez has failed to satisfy the total amount of said judgment and is indebted to Trustees,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment be renewed against defendant Donald Martinez, an individual doing business as "Alpha 1 Construction" in the amount of $18,509.66, as follows:

| | | | |
|---|---|---|---|
| a. | Judgment | | $63,433.13 |
| b. | Costs after Judgment | | $0.00 |
| c. | Interest after judgment computed from 07/18/2014 through 06/18/2024 at 0.11% | | $221.63 |
| d. | Less Credits | | $(45,114.70) |
| e. | Total Renewed Judgment | | $18,509.66 |

Dated: July 5, 2024

*Sharon Hall Brown*, Deputy Clerk

BRIAN D. KARTH
CLERK OF THE COURT

2
**RENEWAL OF JUDGMENT BY CLERK**

1834908